# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201800054**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**ETHAN A. LANDIN**
Personnel Specialist Third (E-4), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commander, Navy Region Hawaii, Pearl Harbor HI.
Staff Judge Advocate's Recommendation: Lieutenant Commander Louis E. Butler, JAGC, USN.
For Appellant: Major Maryann N. McGuire, USMC.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 12 July 2018

———————————————

Before HUTCHISON, SAYEGH, and STEPHENS, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the government withdrew the language of the greater offense of rape and dismissed it without prejudice, to ripen into prejudice upon completion of appellate review; thus the appellant was not found Not Guilty of the greater offense. Record at 351.

For the Court



R.H. TROIDL
Clerk of Court